### 17885.  SPRADLEY v. THE STATE.

BLOODWORTH, J. Only the general grounds of the motion for a new trial are insisted upon; there is some evidence to support the verdict; the judge of the city court did not err in overruling the motion for a new trial, and the judge of the superior court properly overruled the certiorari.  *Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED APRIL 12, 1927.  REHEARING DENIED MAY 11, 1927.

Certiorari; from Richmond superior court—Judge A. L. Franklin.  December 17, 1926.

*J. Richard Bowden,* for plaintiff in error.

*W. Inman Curry, solicitor, George Hains, solicitor-general,* contra.

Criminal Law, 17 C. J. p. 252, n. 16.